**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                                       Case No:  6:18-cv-1544-Orl-40GJK

LAKEESHA TUCKER, LAKEESHA
TUCKER LLC and SIMPLIFIED
FINANCIAL SERVICES, LLC,

      Defendants.
_____/

## ORDER

This cause is before the Court on United States' Motion for Partial Default Judgment on Counts I, II, and III of the Complaint (Doc. 23) filed on February 8, 2019, and United States' Motion for Partial Default Judgment on Count IV of the Complaint (Doc. 24) filed on March 28, 2019. The United States Magistrate Judge has submitted a report recommending that the motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed May 2, 2019 (Doc. 26), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  United States' Motion for Partial Default Judgment on Counts I, II, and III of the Complaint (Doc. 23) is **GRANTED**.

3. United States' Motion for Partial Default Judgment on Count IV of the Complaint (Doc. 24) is **GRANTED**.

4. The Clerk is **DIRECTED** to enter judgment against Defendants, jointly and severally, in the amount of **$1,628,046.50**, and to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 21, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties